IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM JACKSON,<br>*Plaintiff,*<br><br>v.<br><br>**DEP. MANDY SIPPLE et al.,**<br>*Defendants.* | CIVIL ACTION<br>NO. 24-2336 |
|---|---|

### ORDER ON MOTION TO DISMISS

**AND NOW**, this 18th day of March, 2025, it is hereby **ORDERED** that Defendant Glushakow's Motion to Dismiss (ECF 22) is **DENIED**, Defendants Allen, Cunningham, Edwards, Um. Fanrak, Fernandez, Hensley, Jacobs, Mariello, Mateo, Olivencia, Sipple, Smith, Terra, Um Wychunis' Motion to Dismiss (ECF 25) is **DENIED**, and Plaintiff's Motion for Leave to File a Surreply is **DENIED.** Defendants shall file their answers within **fourteen (14) days** of this Order pusant to Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-2336 Jackson v Sipple\24cv2336 Order on Motion to Dismiss.docx